THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* PHILIP M. DOYLE, Petitioner-Appellant.

(No. 56747; )

First District (2nd Division)—February 13, 1973.

PER CURIAM.

Gerald W. Getty, Public Defender, of Chicago, (Lee T. Hettinger and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and William D. Wolter, Assistant State's Attorneys, of counsel,) for the People.